CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

2/7/2022
JULIA C. DUDLEY, CLERK
BY:  s/ A. Little
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION**

| | | |
|---|---|---|
| JANUARY CREWS-SANCHEZ, | § | |
| Plaintiff, | § | |
| | § | Case No. 6:21-CV-00030 |
| v. | § | |
| | § | |
| FRITO-LAY, INC., | § | |
| Defendant. | § | |

## ORDER

On this date, came for consideration *Attorney Raymond A. Cowley's Unopposed Motion to Withdraw as Counsel of Record* (the "Motion") filed by Defendant FRITO-LAY, INC.  in the above-captioned lawsuit.  The Court, having considered the Motion, and all other things properly before it, finds that the Motion should be **GRANTED**.

Raymond A. Cowley, who is retiring from the practice of law, is permitted to withdraw from representation of Defendant FRITO-LAY, INC.  Alison R. Ashmore with the law firm of DYKEMA GOSSETT PLLC shall remain as the Attorney-In-Charge for Defendant FRITO-LAY, INC.  Attorneys Charles G. Meyer, III and Rachael L. Loughlin of the law firm of O'HAGAN MEYER, PLLC, will also remain as additional counsel for Defendant in this matter.

Entered:  February 7, 2022

*Robert S. Ballou*

Robert S. Ballou
United States Magistrate Judge