IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| **JANUARY CREWS-SANCHEZ,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 6:21CV00030 |
| | ) |
| **FRITO-LAY, INC.,** | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S SECOND REQUEST FOR
PRODUCTION OF DOCUMENTS TO DEFENDANT**

COMES NOW Plaintiff January Crews-Sanchez, by counsel, and propounds the following Request for Production of Documents to Defendant Frito-Lay, Inc. (hereinafter "Defendant" or "Frito-Lay"), to be answered in accordance with Rule 34 of the Federal Rules of Civil Procedure and to be delivered to the offices of Plaintiff's counsel within thirty (30) days of service hereof.

25.    Please provide all documents related to the issuance of any workplace discipline to any employee of Defendant at the Lynchburg facility accused of violating a confidentiality policy or otherwise improperly disclosing confidential information from January 1, 2017 through the date of this request, and include the type of disciplinary action taken including, but not limited to, reprimands, counseling, suspensions with or without pay, demotions, and/or terminations.

**RESPONSE:**

**JANUARY CREWS-SANCHEZ**

/s/ _____
Thomas E. Strelka, Esq. (VSB# 75488)
L. Leigh R. Strelka, Esq. (VSB # 73355)
N. Winston West, IV, Esq. (VSB # 92598)
Brittany M. Haddox, Esq. (VSB # 86416)
Monica L. Mroz, Esq. (VSB # 65766)
STRELKA EMPLOYMENT LAW
Warehouse Row
119 Norfolk Avenue, S.W., Suite 330
Roanoke, VA 24011
Tel:  540-283-0802
thomas@strelkalaw.com
leigh@strelkalaw.com
winston@strelkalaw.com
brittany@strelkalaw.com
monica@strelkalaw.com

*Counsel for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that, on this 1st day of March, 2022, the foregoing Second Request for Production of Documents was sent via electronic mail to:

Charles G. Meyer, III, Esquire
Rachael L. Loughlin, Esquire
O'Hagan Meyer, PLLC
411 East Franklin Street, Suite 500
Richmond, VA
Tel: (804) 403-71001
Fax: (804) 237-0250
cmeyer@ohaganmeyer.com
rloughlin@ohaganmeyer.com

Raymond A. Cowley, Esquire
Dykema Gossett, PLLC
1400 North McColl Road, Suite 204
McAllen, TX 78501
Tel: (956) 984-7400
Fax: (956) 984-7499
rcowley@dykema.com

*Counsel for Defendant*