CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
7/15/2022
JULIA C. DUDLEY, CLERK
BY: s/ A. Little
      DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
### LYNCHBURG DIVISION

| | |
|---|---|
| JANUARY CREWS-SANCHEZ, *Plaintiff*, v. FRITO-LAY, INC., *Defendant*. | CASE NO. 6:21-cv-00030 ORDER JUDGE NORMAN K. MOON |

This matter is before the Court on Defendant Frito-Lay, Inc.'s motion for summary judgment on discrimination and retaliation claims filed by its former employee, Plaintiff January Crews-Sanchez. Dkt. 26.

For the reasons set forth in the accompanying memorandum opinion, the Court concludes that Plaintiff has not raised any genuine issue of material fact, and further concludes that Frito-Lay is entitled to summary judgment. Accordingly, the Court will **GRANT** Frito-Lay's motion (Dkt. 26), and **AWARD summary judgment** to Frito-Lay.

The Clerk of Court is directed to strike this case from the Court's active docket.

It is so **ORDERED**.

ENTERED this  15th   day of July, 2022.

*[Signature: Norman K. Moon]*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE