CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
8/30/2022
JULIA C. DUDLEY, CLERK
BY:   s/ A. Little
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

JANUARY CREWS-SANCHEZ,

*Plaintiff*,

v.

FRITO-LAY, INC.,

*Defendant*.

CASE NO. 6:21-cv-00030

ORDER

JUDGE NORMAN K. MOON

For the reasons set forth in the Court's accompanying memorandum opinion issued this day, it will be and hereby is **ORDERED** that Plaintiff's objections to Defendant Frito-Lay's Bill of Costs are **OVERRULED** (Dkt. 46) and that costs are **AWARDED** to Frito-Lay in the amount of $9,293.95.

The Clerk of Court is directed to send this Order to counsel of record.

ENTERED this ___30th___ day of August, 2022.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE